UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHIALDEPHIA, PA 19106-1797

8/28/2019

Sara Beth Richman, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103

RE:  Allstate Property v. Foster
Civil Action No. 19-2032

Dear Ms. Richman,

    A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the amended complaint.

    You may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by **September 10, 2019,** the Court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

Very truly yours,

 s/RonaldVance
Deputy Clerk for the Hon. Eduardo C. Robreno

cc: Chambers