IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ALLSTATE PROPERTY AND**          :
**CASUALTY INSURANCE CO.**
                                   :          **CIVIL ACTION**
             **VS.**               :
                                   :          **NO: 19-2032**
**DALE FOSTER**                    :

**ORDER**

**AND NOW**, on this **22nd** day of **October, 2019,** it is hereby
**ORDERED** that Plaintiff shall file a motion for default judgment
on or before **November 8, 2019.**

It is further **ORDERED** that a hearing on Plaintiff's motion
for default judgment is scheduled for  **November 26, 2019 at 2:00
p.m.[1],** in Courtroom 15A, United States District Court, 601 Market
Street, Philadelphia, Pennsylvania[2].

**IT IS SO ORDERED.**

                                   s/Eduardo C. Robreno
                                   **EDUARDO C. ROBRENO,   J.**

---

[1] Before the above scheduled hearing on motion for default judgment, the Plaintiff must satisfy all of the technical requirement for default judgment to be entered, which are: (1) the entry of a default; (2) the absence of any appearance by any party to be defaulted; (3) that the defendant(s) is neither an infant nor incompetent; (4) that the defendant(s) have been validly served with all pleadings; (5) an affidavit explaining the basis of the declaratory judgment; (6) an affidavit of non-military service, pursuant to the Servicemembers Civil Relief Act, 50 U.S.C. App. § 521. See Flower Corp. v. Myung Soon Park, 2005 U.S. Dist. LEXIS 38247 (D.N.J. 2005) (setting forth general requirements for entry of default judgment).

[2] Plaintiff's counsel must serve a copy of this order upon the defendant(s) at their last known address and, thereafter, file a certificate of service prior to the hearing.